# EXHIBIT A

[redacted]

Resolution No. 86-29 (Int. No. 196, as amended) appears in its entirety as follows:

Resolution No. 86-29
(Int. No. 196, As Amended)

Resolution - City Of Sanctuaries

WHEREAS, The United States supported the United Nations General Assembly's adoption of the Universal Declaration of Human Rights, December 10, 1948, which commits the member states to recognize and observe that "everyone has a right to seek and to enjoy in other countries asylum from persecution". (Article 14.1) and

WHEREAS, Article 1 of the Convention defines a "refugee" as any person who "Owing to well-founded fear of being persecuted for reasons of race, religion, nationality, membership of a particular social group or political opinion, is outside of the country of his nationality and is unable, or owing to such fear, is unwilling to avail himself of the protection of that country;" and

WHEREAS, the United States Refugee Act of 1980 (P.L. 96-212, 94 Stat 102) authorizes the grant of asylum to refugees who are defined in terms identical to the United Nations 1967 Convention; and

WHEREAS, The City of Rochester has a long tradition of support for the vulnerable and dispossessed, as exemplified by Rochester citizens' strong acceptance of Frederick Douglass, whose statue stands in Highland Park, and the Rev. Thomas James, whose bust is in the Hall of Justice, and by Rochester citizens' well-known participation in the underground railroad one hundred years ago, at considerable risk of fines and jail sentences; and

WHEREAS, The City of Rochester wishes to continue supporting its citizens in their efforts to maintain and further human rights for its citizens and for all who come within its borders; and

WHEREAS, The Rochester Sanctuary Committee has developed a local effort to involve local religious communities in considering the offering of sanctuary to refugees, who are fleeing persecution in their homelands and not active participants in oppressive regimes, so that Corpus Christi Catholic Church, the Downtown United Presbyterian Church, the Religious Society of Friends, the House Church, Temple B'rith Kodesh, Lake Avenue Baptist Church have declared sanctuary with the support of Asbury First Methodist Church and Society Work Group, St. John the Evangelist Church Parish Council, Gates Presbyterian Church, First Unitarian Church, Irondequoit United Church of Christ, Lakeside Presbyterian Church, First Presbyterian Church of Victor, Laurelton Presbyterian Church, Summerville Presbyterian Church, Mennonite Fellowship, and the Zen Center, having done so in an open and public fashion, believing as a matter of religious faith and conscience that this is a necessary and humanitarian action; and

WHEREAS, The City Councils of Seattle, Olympia, Berkeley, San Francisco, West Hollywood, Los Angeles, Tacoma, Cambridge, Brookline, Ithaca, Madison, St. Paul and Duluth have reaffirmed their support for the principle of sanctuary for persons fleeing persecution. The Mayors of New York City and Chicago have issued Executive Orders supporting sanctuary in their cities; and the State of New Mexico has now declared itself a sanctuary state; now, therefore

BE IT RESOLVED, That the City Council recognizes that Rochester has become a "City of Sanctuaries" underscoring both the historical and present effort by numerous communities within Rochester to provide shelter to many who are fleeing general conditions of persecution in their homelands; and be it further

RESOLVED, That the City Council finds that immigration and refugee policy is a matter of Federal jurisdiction; that Federal employees, not City employees, should be considered responsible for implementation of immigration and refugee policy; and further that the City Council requests the administration to direct employees to exclude refugee status as a consideration in their daily activities and routine dealings with the public, with the provisio that this directive should not be construed as approval to violate any law or encourage interference in law enforcement efforts; and be it further

RESOLVED, That the City Council call on our Federal Representatives to investigate, what could be, misinterpretation of the motives of hundreds of persons fleeing for safety from oppressive countries, and to re-evaluate our current national policy in light of the witnessing of many church missionaries and American observers of injustices committed in oppressive countries; and be it further

RESOLVED, That the City Council urges the Congress to require nondiscriminatory compliance with the Refugee Act of 1980, and supports the legislation introduced by Congressman Moakley (H.R. 822 and S. 377) granting "extended voluntary departure" status to refugees; and be it further

RESOLVED, That the City Clerk communicate this Resolution to all City departments and committees, to the New York Congressional delegations, the local and national directors of Immigration and Naturalization Service, and President Ronald Reagan.

REPORTS OF STANDING COMMITTEES

AND ACTION THEREON

[redacted]