UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF ROCHESTER;<br>MALIK D. EVANS, Mayor of Rochester, in his Official Capacity; ROCHESTER CITY COUNCIL; MIGUEL A. MELENDEZ, JR., President of the Rochester City Council, in his Official Capacity,<br><br>Defendants. | Case No. 6:25-cv-06226 (FPG) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Proposed Intervenor-Defendants Ibero-American Action League, Western New York Coalition of Farmworker Serving Agencies, Third Presbyterian Church, and New Hope Free Methodist Church, by and through their undersigned counsel, hereby move the Court pursuant to Federal Rule of Civil Procedure 24(b)(1) for leave to intervene as defendants in this matter. This motion is based upon the attached Memorandum of Law in Support of Motion to Intervene; the declaration of Amy Belsher and the exhibits appended to it, including the declarations of Angelica Perez-Delagado, Irene Sanchez Rebecca Segers, and Marissa Mattox Heffernan; the [Proposed] Notice of Motion to Dismiss; and the Memorandum of Law in Support of [Proposed] Motion to Dismiss.

Pursuant to Local Rule 7(a)(1), Proposed Intervenor-Defendants intend to file reply papers.

Dated: June 4, 2025
      New York, New York

Respectfully Submitted,

*/s/ Amy Belsher*
Amy Belsher
Gabriella Larios
Ifeyinwa Chikezie
Perry Grossman*
NEW YORK CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
T: 212-607-3320
abelsher@nyclu.org
glarios@nyclu.org
ichikezie@nyclu.org
pgrossman@nyclu.org

*\* Application for admission to WDNY pending*