**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Patrick Beath**
Corporation Counsel

June 13, 2025

Hon. Mark W. Pedersen
U.S. Magistrate Judge
Western District of New York
100 State Street
Rochester, NY 14614

      **Re:**    The United States of America v The City of Rochester, et al
              Case No.: 25-cv-6226

Dear Magistrate Pedersen:

      Upon consent of all parties to the above-referenced action, I write to request that the Court hold the Rule 16 conference and order in abeyance and stay discovery pending resolution of the recently filed dispositive motions.

      Pursuant to Rule 16(b)(2), courts may delay the scheduling conference and order for "good cause." Good cause for delay has been found where, as here, there are pending dispositive motions which might completely dispose of the case or else narrow the issues in dispute. *See Israel v O'Malley*, 24-CV-86-LJV, 2024 WL 5040722, at *1 (WDNY Dec. 9, 2024), *appeal dismissed*, 24-3284, 2025 WL 882886 (2d Cir. Mar. 12, 2025). In such circumstances, it has not been necessary to issue a scheduling order prior to a ruling on the dispositive motion.

      Here, the parties have conferred regarding the timing of a Rule 16 conference in this matter and agree that a delay of the scheduling conference and order, and a stay of discovery pending the resolution of the dispositive motions is warranted. And, while the determination whether to stay discovery pending the outcome of dispositive motions requires a case-by-case analysis, the parties believe that this matter warrants such a stay. *See generally TentandTable.com, LLC v Aljibouri*, 22-CV-78-LJV-MJR, 2022 WL 2009528, at *1-2 (WDNY June 6, 2022) (granting a disputed motion to stay discovery).

For the foregoing reasons, and upon mutual consent, the parties respectfully request that the court (1) delay the Rule 16 scheduling conference and order and (2) stay discovery in this matter.

Respectfully submitted,

/s/

Patrick Beath,
Corporation Counsel

cc:    Alessandra Faso
U. S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Alexandra McTague
U. S. Department of Justice - Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Glenn Matthew Girdharry
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Liberty Square Building, 450 5th Street NW, Suite 5052
Washington, DC 20001

Amy Louise Belsher
New York Civil Liberties Union Foundation
125 Broad Street
19th Floor
New York, NY 10004

Gabriella M Larios
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004

Ifeyinwa Chikezie
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004