UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>THE CITY OF ROCHESTER; MALIK D. EVANS, MAYOR OF ROCHESTER, IN HIS OFFICIAL CAPACITY; ROCHESTER CITY COUNCIL; MIGUEL A. MELENDEZ, JR., PRESIDENT OF THE ROCHESTER CITY COUNCIL, IN HIS OFFICIAL CAPACITY,<br><br>                Defendants. | Case No. 25-cv-06226 |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that I, Philip J. Levitz, hereby move this Court, pursuant to Local Civil Rule 83.1(d), for an order granting me *pro hac vice* admission for the purpose of appearing as counsel for proposed *amicus curiae* the State of New York in support of the defendants in the above-captioned case. The grounds for this *pro hac vice* motion are included in the papers submitted herewith, which include the Petition for Attorney Admission, the Sponsoring Affidavit, the Attorney's Oath, the Civility Principles Oath, and the Attorney Database and Electronic Case Filing Registration Form. Also submitted with this notice is a proposed order.

Dated: June 26, 2025

                                              By:   */s/ Philip Levitz*
                                                      Philip J. Levitz
                                                      Senior Assistant Solicitor General
                                                    Office of the New York State Attorney General
                                                    28 Liberty Street
                                                    New York, NY 10005
                                                    212-416-6325
                                                    philip.levitz@ag.ny.gov
                                                    *Attorneys for Proposed Amicus Curiae*