UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Philip J. Levitz
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

James M. Thompson, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 500 West 111th Street, New York, NY 10025
City, State

and maintain an office for the practice of law at: 28 Liberty Street, New York, NY 10005

2. I am an attorney at law, admitted to practice in the State of New York and U.S. District Courts for WDNY, NDNY, EDNY, and SDNY, I was admitted to practice in the United States District Court for the Western District of New York on the 22nd day of September, 2022.

3. I have known the petitioner since July of 2022 and under the following circumstances: Philip is a valued colleague and a top-notch appellate litigator in our Office. I regularly consult with him regarding difficult arguments and complex areas of the law. He has handled appeals on many of my most difficult cases, including appeals from this Court.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: I have the highest opinion of Philip's integrity. He is a respected attorney here at OAG (and proud new dad) whose advice colleagues regularly seek on tough issues. He will meet our profession's best standards.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 26, 2025
Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023