# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF __NY__ )
) SS:
__Westchester__ COUNTY )

I, __Philip J. Levitz__ of __Scarsdale, NY__
<br>City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __June 24, 2025__
<br>Date

_Philip Levitz_
Signature of Attorney

Rev. 1/3/2023