UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>THE CITY OF ROCHESTER; MALIK D. EVANS, MAYOR OF ROCHESTER, IN HIS OFFICIAL CAPACITY; ROCHESTER CITY COUNCIL; MIGUEL A. MELENDEZ, JR., PRESIDENT OF THE ROCHESTER CITY COUNCIL, IN HIS OFFICIAL CAPACITY,<br><br>         Defendants. | Case No. 25-cv-06226 |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE* MOTION**

After considering the motion for *pro hac vice* admission of Philip J. Levitz, and the related documents, it is hereby ordered that the motion is granted, and Philip J. Levitz is admitted to this Court *pro hac vice*, for the purpose of appearing in the above-captioned action as counsel for proposed *amicus curiae* the State of New York.

Ordered this _____ day of _____, 2025.

_____
Hon. Mark W. Pedersen
U.S. Magistrate Judge