# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**The United States of America,**

> Plaintiff,

> v.

**The City of Rochester, et al.,**

> Defendants.

**SCHEDULING ORDER**

25-CV-06226-FPG-MJP

**PURSUANT TO** the order of the Hon. Frank P. Geraci, Jr. referring the above case to the undersigned for pretrial matters and the entry of a scheduling order under Fed. R. Civ. P. 16(b) and W.D.N.Y. Loc. R. Civ. P. 16, and the parties having submitted a joint discovery plan, (ECF No. 23), and the undersigned having held a conference with the parties on June 26, 2025 pursuant to Fed. R. Civ. P. 16, the Court

**ORDERS** that

1.    **Mandatory disclosures.** The deadline for the parties' compliance with the mandatory initial disclosure requirements of Fed. R. Civ. P. 26 shall be **30 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8).**

2.    **Motions to amend.** The parties shall file any motions to amend the pleadings or to add or join any parties no later than **60 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8).**

3.    **Close of fact discovery.** The parties shall complete all fact discovery by **180 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8).**

4.    **Experts.** Plaintiff shall identify any expert witnesses and serve any expert reports no later than **210 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8)**. Defendants shall identify any expert witnesses and serve any expert reports no later than **240 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8)**. All expert discovery, including depositions, shall be completed by **270 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8).**

5.    **Motions to compel.** The parties shall file any motions to compel discovery no later than **180 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8)**.

6.    **Dispositive motions.** Dispositive motions, if any, shall be filed no later than **330 days after either the partial denial or denial in its entirety of the pending motion for judgment on the pleadings (ECF No. 8).**

7.    **Discovery disputes.** If a discovery dispute arises, the parties shall initially advise the Court of the dispute via letter (with copy to opposing counsel). Upon review of the letter, the Court will generally schedule a conference with the parties to attempt to settle the dispute informally. If the dispute is not resolved

informally, the parties will have the opportunity to file a formal motion. This informal discovery dispute process is not expedited motion practice. Therefore, letter submissions should provide a brief overview of the issue with supporting documentation and the parties' position. Parties do not waive arguments by failing to raise them in their letter submissions. If a dispute arises during the taking of a deposition that cannot be resolved by the parties, the parties are permitted to contact chambers via telephone from the location of the deposition.

8.    **Extensions.** COUNSEL IS DIRECTED TO READ THIS PROVISION CAREFULLY.

a.    When seeking an extension of **any deadline** in this scheduling order, the parties **must file a motion, or letter motion, before the deadline that shows good cause.** Absent truly exceptional circumstances, any motion for an extension shall be made at least **one week** before the deadline to be extended.

b.    **The Court will deny any extension request that fails to show diligence.** "[A] finding of good cause depends on the diligence of the moving party." *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir. 2000).

c.    **The Court may reject any extension request and require it to be refiled if it does not include specific new dates that fall on a business day.**

9.    **Warning.** The undersigned may, on motion or *sua sponte*, impose sanctions where parties willfully ignore or otherwise fail to adhere to this scheduling order under Fed. R. Civ. P. 16(f).

**SO ORDERED.**

Dated:        July 1, 2025
              Rochester, NY

MARK W. PEDERSEN
United States Magistrate Judge