UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

        Plaintiff,

  v.

THE CITY OF ROCHESTER; MALIK D. EVANS, Mayor of Rochester, in his Official Capacity; ROCHESTER CITY COUNCIL; MIGUEL A. MELENDEZ, JR., President of the Rochester City Council, in his Official Capacity,

        Defendants.

No. 6:25-cv-06226-FPG-MJP

**NOTICE OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**

---

The United States submits this cross-motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). The United States requests that this Court enter a judgment holding that Resolution 2017-5, General Order 502, and Training Bulletin P-75-17 are void and unenforceable as contrary to the Supremacy Clause and the doctrines of federal preemption and intergovernmental immunity. In support of this request, the United States submits the accompanying memorandum in support of Plaintiff's cross-motion for judgment on the pleadings. The United States reserves the right to file a reply memorandum of law within fourteen days of Defendants' filing any opposition to this motion. This motion shall be returnable the _____ day of _____, 2025.

1

DATED: July 8, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

ALEXANDRA MCTAGUE
Senior Litigation Counsel

By: */s/ Alessandra Faso*
ALESSANDRA FASO
Acting Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel. 202-305-9855
Alessandra.faso@usdoj.gov

*Attorneys for the United States*