### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>v.<br><br>THE CITY OF ROCHESTER, *et al.*,<br><br>        *Defendants.* | Case No. 6:25-cv-06226-FPG-MJP<br>Judge Frank Paul Geraci, Jr. |

### DECLARATION OF MITCHELL P. SNYDER
### IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS BRIEF

MITCHELL P. SNYDER, ESQ., hereby declares the following to be true under the penalty of perjury:

1. I am an attorney and local counsel to *Amicus Curie* Immigration Reform Law Institute in this action. I submit this declaration in support of the Motion for Leave to File Amicus Brief. I have personal knowledge of the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Proposed Brief of *Amicus Curaie* Immigration Reform Law Institute in Support of Plaintiff and in Opposition to Defendants' Motion for Judgment on the Pleadings.

3. On July 22, 2025, I served the following upon all counsel of record for all parties via CM/ECF: Notice of Motion for Leave to File Amicus Brief; Memorandum of Law in Support of Motion for Leave to File Amicus Brief; and the Declaration of Mitchell P. Snyder, with exhibits.

**[SIGNATURE PAGE TO FOLLOW]**

Dated: July 22, 2025							Respectfully submitted,

/s/ Mitchell P. Snyder
Mitchell P. Snyder
PO Box 147
Clarence, NY 14031
716-901-1931
MitchPaulSnyder@gmail.com


Counsel for *Amicus Curiae*
Immigration Reform Law Institute