**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Patrick Beath**
Corporation Counsel

July 23, 2025

Hon. Mark W. Pedersen
U.S. Magistrate Judge
Western District of New York
100 State Street
Rochester, NY 14614

> **Re:    The United States of America v The City of Rochester, et al**
> **Case No.:  25-cv-6226**

Dear Magistrate Pedersen:

I write to clarify defendants' position regarding the motion for leave to file an amicus brief filed by Immigration Reform Law Institute ("IRLI") on January 22, 2025.  *See* ECF No. 38.

Contrary to counsel's representation regarding his conferral with defendants, defendants did not in fact consent to the IRLI motion for leave to file an amicus brief.

Rather, defendants take no position in regards to said motion.

Respectfully submitted,

/s/

Patrick Beath,
Corporation Counsel

cc:    All Parties via ECF

Phone: 585.428.6812        Fax: 585.428.6950        TTY: 585.428.6054        EEO/ADA Employer