UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF ROCHESTER, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 6:25-cv-06226-FPG-MJP |

**NOTICE OF MOTION OF PROPOSED *AMICI CURIAE* FORTY-NINE CITIES, COUNTIES, AND ELECTED OFFICIALS FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum in support, amici curiae, forty-nine cities, counties, and elected officials, by and through their counsel, Public Rights Project and Evergreen Legal Strategies LLP, will move this Court for an order permitting amici to file the proposed amicus brief – attached to this motion as Exhibit 1 – in support of Defendants' opposition to Plaintiff United States's cross-motion for judgment on the pleadings. Defendants consent to the requested relief, and Plaintiff opposes the requested relief. For the reasons explained in the memorandum of law attached to this motion, the motion for leave should be granted.

Dated: August 21, 2025　　　　　　　　　Submitted By:

/s/ Toby Merrill　　　　　　　　　　　　　/s/ Karianne Jones
Toby Merrill*　　　　　　　　　　　　　　Karianne Jones*
Public Rights Project　　　　　　　　　　　Grace Leeper*
490 43rd Street, Unit #115　　　　　　　　Evergreen Legal Strategies LLP
Oakland, CA 94609　　　　　　　　　　　1763 Columbia Rd NW, Suite 100
toby@publicrightsproject.org　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　　　karianne@evergreenlegalstrategies.com
　　　　　　　　　　　　　　　　　　　　grace@evergreenlegalstrategies.com

/s/ Peter O'Brian Dellinger
University of Buffalo Law School　　　　　*Attorneys for Proposed Amici Curiae Forty-*
507 O'Brian Hall, North Campus　　　　　*Nine Cities, Counties, and Elected Officials*
Buffalo, NY 14269

0

pdellinger@frontiernet.net  *Application for admission *pro hac vice* pending

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2025, I electronically filed the foregoing notice of motion — along with the accompanying memorandum and proposed amicus brief – with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

Dated: August 21, 2025

/s/ Peter Dellinger

2