UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE CITY OF ROCHESTER, *et al.*,<br><br>                                  Defendants. | No. 6:25-cv-06226-FPG-MJP |

**MEMORANDUM OF LAW OF PROPOSED *AMICI CURIAE* FORTY-NINE CITIES, COUNTIES, AND ELECTED OFFICIALS IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Forty-nine cities, counties, and elected officials, by and through undersigned counsel, respectfully submit this Memorandum of Law in support of their Motion for Leave to File Amicus Brief.

"A district court has broad discretion to grant or deny an appearance as amicus curiae in a given case." *Citizens Against Casino Gambling v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007). While "[t]here is no governing standard, rule, or statute prescribing the procedure for obtaining leave to file an [amicus brief] in the district court[,]" a "court may grant leave to appear as an [amicus] if the information offered is timely and useful." *Id.* (internal citations omitted). Amici, which include forty-nine cities, counties, and elected officials from across the United States, submit this brief to aid the court in its understanding of the balance of powers between the federal, state, and local governments.

Here, Amici's proposed brief is timely. The participation of Amici will not delay the briefing or argument in this case. The filing of Amici's brief accords with the rule that applies to the filing of amicus briefs in the federal circuit courts of appeal, where an amicus curiae must file

1

its brief within seven days of the filing of the principal brief of the party being supported. See Fed. R. App. P. 29(a)(6). Here, Amici's brief would be filed within *one* day of the principal brief of the party being supported: Defendants' opposition to Plaintiff's cross-motion for judgment on the pleadings. Plaintiff will therefore have ample time to respond to any arguments raised in amici's brief, as the deadline for their reply is not until September 10.

Amici's proposed brief will also be helpful. In the brief, Amici will explain how the federal government's attempt to upset the careful balance of power inherent in principles of federalism will harm state and local communities. In particular, Amici will explain how policies limiting entanglement with federal immigration enforcement best serves their communities' interests, and how blatant disregard for localities' ability to organize their own law enforcement priorities causes harm to those interests.

On behalf of all Amici, the undersigned counsel contacted counsel for the United States and the City of Rochester by email to request the parties' position on this motion. Counsel for the United States responded that they "oppose [the] request as untimely," as "[a]ll other amicus briefs were filed July 30th." Counsel for the City responded that they consent to the filing of Amici's proposed brief. As to Plaintiff's opposition, Amici note that – as explained above – the timing of amici's motion is consistent with the rule that applies to the filing of amicus briefs in the federal circuit courts of appeal, and, indeed, amici have submitted this motion with ample time for Plaintiff to respond to any arguments raised by Amici by their September 10 reply deadline.

For these reasons, Amici respectfully request that this Court grant this motion for leave to file an amicus brief.

Dated: August 21, 2025                                Submitted By:

/s/ Toby Merrill
Toby Merrill*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
toby@publicrightsproject.org

/s/ Peter O'Brian Dellinger
University of Buffalo Law School
507 O'Brian Hall, North Campus
Buffalo, NY 14269
pdellinger@frontiernet.net

/s/ Karianne Jones
Karianne Jones*
Grace Leeper*
Evergreen Legal Strategies LLP
1763 Columbia Rd NW, Suite 100
Washington, D.C. 20009
karianne@evergreenlegalstrategies.com
grace@evergreenlegalstrategies.com

*Attorneys for Proposed Amici Curiae Forty-Nine Cities, Counties, and Elected Officials*

*Application for admission *pro hac vice* pending