UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

                              Plaintiff,

        v.                                          **NOTICE OF MOTION TO DISMISS**

THE CITY OF ROCHESTER, et al.,                      Case No. 25-cv-6226-FPG

                              Defendants.

| | |
|---|---|
| MOTION BY: | Defendants, the City of Rochester; Malik D. Evans, Mayor of Rochester, in his Official Capacity; Rochester City Council; and, Miguel A. Melendez, Jr., President of the Rochester City Council, in his Official Capacity. |
| RELIEF REQUESTED: | An Order and Judgment (1) dismissing the action in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6); (2) declaring 8 U.S.C. §§ 1373 and 1644 invalid as to the United States and Defendants; and (3) for such other relief as the Court deems just and proper. |
| GROUNDS: | The United States' preemption claim fails because Defendants' laws and policies are fully consistent with federal law, for that reason among others the first cause of action is meritless. |
| | The United States' discrimination claim fails because Defendants' laws and policies do not discriminate against the federal government, for that reason among others plaintiff's second cause of action is meritless. |
| | The United States' direct regulation claim fails because Defendants' laws and policies do not directly regulate the federal government, for that reason among others plaintiff's third action is meritless. |
| LOCATION: | Honorable Frank P. Geraci, Jr.<br>U.S. District Court Judge<br>United States District Court<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614 |

DATE AND TIME:          To be Ordered by the Court

SUPPORTING PAPERS:      Memorandum of Law
                        Declaration of Kieburtz with Exhibits


Please take notice that Defendants reserve the right to file reply papers.


DATED:      January 29, 2026               PATRICK BEATH
            Rochester, New York            Corporation Counsel


                                           BY: s/ *James "Hal" Kieburtz*
                                           James "Hal" Kieburtz, Esq., Of Counsel
                                           *Attorneys for Defendants*
                                           30 Church Street, Room 400A
                                           Rochester, New York 14614
                                           Telephone:  (585) 428-6758
                                           James.Kieburtz@CityofRochester.Gov

2