UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF ROCHESTER, *et al.*, <br><br> Defendants. | No. 6:25-cv-06226-FPG-MJP |

## CERTIFICATE OF SERVICE

I, Peter O'Brian Dellinger, hereby certify that on this 12th day of February, 2026, I filed a true and accurate copy of the Brief of Amici Curiae One Hundred and Thirty Seven Cities, Counties, and Elected Officials in Support of the City of Rochester's Motion to Dismiss, via the Case Management/ Electronic Filing System (CM/ECF) which will provide of a copy of this Brief to all attorneys of record in this matter.

Peter O'Brian Dellinger, Esq.
135 Westland Avenue
Rochester, New York 14618
Telephone: (585) 224-5200
pdellinger@frontiernet.net

Attorneys for Amici Curiae One Hundred and Thirty-Eight Cities, Counties, and Elected Officials