UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

          Plaintiff,

    v.

THE CITY OF ROCHESTER; MALIK D.
EVANS, Mayor of Rochester, in his Official
Capacity; ROCHESTER CITY COUNCIL;
MIGUEL A. MELENDEZ, JR., President of
the Rochester City Council, in his Official
Capacity,

          Defendants.

No. 6:25-cv-06226-FPG-MJP

**NOTICE OF MOTION FOR SUMMARY
JUDGMENT ON ALL CLAIMS**

The United States hereby moves for summary judgment on all claims of the Amended Complaint, pursuant to Federal Rule of Civil Procedure 56.

The United States requests that this Court declare the challenged provisions of Resolution 2017-5, General Order 502 (2025), Training Bulletin P-75-17, and Ordinance 25-284, as codified in Municipal Code Ch. 63, (Am. Compl. Ex. G, ECF 59-7) are preempted by federal law and invalid under the Supremacy Clause under the doctrine of intergovernmental immunity. The United States further requests that this court permanently enjoin Defendants, their officers, directors, officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them from enforcing the challenged provisions Resolution 2017-5, General Order 502 (2025), Training Bulletin P-75-17, and Ordinance 25-283, as codified in Municipal Code Ch. 63, and any other substantially similar laws or policies.

In support of this request, the United States submits the attached statement of material facts and the accompanying memorandum in support of Plaintiff's Opposition to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment. Pursuant to Local Rule 7(a)(1), the United

1

States reserves the right to  file a reply memorandum of law within fourteen days of Defendants'

filing any opposition to this motion.


DATED: March 4, 2026                             BRETT A. SHUMATE
                                                 Assistant Attorney General
                                                 Civil Division

                                                 DREW C. ENSIGN
                                                 Deputy Assistant Attorney General

                                                 GLENN M. GIRDHARRY
                                                 Acting Deputy Director

                                                 ALESSANDRA FASO
                                                 Acting Assistant Director

                                                 By: */s/ Alexandra McTague*
                                                 ALEXANDRA MCTAGUE
                                                 Senior Litigation Counsel
                                                 U.S. Department of Justice Civil Division
                                                 Office of Immigration Litigation
                                                 P.O. Box 868 Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 Tel. 202-718-0483
                                                 Alexandra.mctague2@usdoj.gov

                                                 *Attorneys for the United States*