UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

THE CITY OF ROCHESTER, et al.,

                    Defendants.

**NOTICE OF MOTION TO STAY
SUMMARY JUDGMENT MOTION**

Case No. 25-cv-6226-FPG

| | |
|---|---|
| MOTION BY: | Defendants. |
| RELIEF REQUESTED: | An Order staying briefing and consideration of plaintiff's motion for summary judgment pending the outcome of defendants' motion to dismiss. *See* ECF 66, ECF 77. Alternatively, defendants seek an extension of their time to respond to plaintiff's summary judgment motion. |
| GROUNDS: | Judicial economy favors a stay because defendants' pending motion to dismiss this action might result in one or more of plaintiff's claims being dismissed. |
| LOCATION: | Honorable Frank P. Geraci, Jr.<br>U.S. District Court Judge<br>United States District Court<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614 |
| DATE AND TIME: | To be Ordered by the Court |
| SUPPORTING PAPERS: | Memorandum of Law and Declaration of Kieburtz; Please take notice that Defendants reserve the right to file reply papers. |

DATED:    March 25, 2026
            Rochester, New York

PATRICK BEATH
Corporation Counsel
BY: s/ *James "Hal" Kieburtz*
James "Hal" Kieburtz, Esq., Of Counsel
*Attorneys for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614
Telephone:  (585) 428-6758
James.Kieburtz@CityofRochester.Gov