UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

                                Plaintiff,

   v.

THE CITY OF ROCHESTER, et al.,

                               Defendants.

**DECLARATION OF JAMES "HAL" KIEBURTZ**

Case No. 25-cv-6226-FPG

James "Hal" Kieburtz, an attorney duly admitted to practice before the United States District Court for the Western District of New York, declares the following to be true under penalty of perjury:

1.      Incorporated by reference herein are the papers relative to defendants' January 30, 2026 motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6). *See* ECF 66.

2.      Incorporated by reference herein are the papers relative to plaintiff's March 4, 2026 motion for summary judgment pursuant to Rule 56. *See* ECF 77.

3.      In the event that defendants' motion to dismiss is not granted in full, defendants intend to seek discovery on any of plaintiff's surviving claims.

4.      To date, no discovery of any kind has been conducted in this matter. No Rule 26(f) conference has been held yet in this matter, nor has the Court issued a Rule 16 scheduling order.

5.      Your undersigned is actively preparing for a trial in this Court on an unrelated matter, *Victoria Preston v City of Rochester, et al*, 22-cv-6525. That trial is scheduled to begin April 13 and proceed through April 23, 2026.

DATED:       March 25, 2026              PATRICK BEATH
             Rochester, New York         Corporation Counsel


             BY: _____
             James "Hal" Kieburtz, Esq., Of Counsel
             *Attorneys for Defendants*
             30 Church Street, Room 400A
             Rochester, New York 14614
             Telephone:  (585) 428-6758
             James.Kieburtz@CityofRochester.Gov