

**CITY** of **ROCHESTER**
Malik D. Evans, Mayor

**Department of Law**
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

May 29, 2026

<u>VIA ECF</u>
Hon. Frank P. Geraci, Jr.
U.S. District Court Judge
Western District of New York
100 State Street
Rochester, NY 14614

    **Re:**    **The United States of America v The City of Rochester, et al**
               **Case No.:  25-cv-6226**

Dear Judge Geraci:

    I write on behalf of defendants to apprise the Court of a decision rendered yesterday by District Judge Leo T. Sorokin of the District of Massachusetts in the case of <u>United States of America v City of Boston et al.</u>, No. 1:25-cv-12456-LTS, a copy of which is attached hereto. In that case the United States challenged Boston's Trust Act, which prohibits the Boston Police Department from detaining individuals on the basis of immigration status or civil immigration detainers, as well as the Trust Act's information sharing restrictions, under the Supremacy Clause and 8 U.S.C. § 1373. In its decision, the District Court granted the defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), finding that the federal government failed to demonstrate that the injuries it alleged are redressable by the judicial relief it sought.

    Defendants respectfully request that the Court consider that decision when evaluating defendants' pending motion to dismiss the amended complaint (ECF 66).

                         Sincerely,

                         /s/

                         James "Hal" Kieburtz
                         Municipal Attorney

cc:    Plaintiff's Counsel of Record via ECF